UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 14-CIV-62592-BLOOM/VALLE

ELDER ALEXANDER MORALES
AGUIRRE,

       Plaintiff,

vs.

AVENTURA EATERY, LLC, d/b/a
SICILIAN OVEN WOOD FIRED PIZZA
And RALPH DISALVO,

       Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Plaintiff, by and through undersigned counsel, and files this Response to the Court's Order to Show Cause [D.E. 34], and in support thereof, states as follows:

1. This matter is before the Court upon the parties' Joint Status Report, [D.E. 33] ("Status Report"). On February 4, 2015, the Court entered its Order on Defendants' Motion to Dismiss [D.E. 30], finding that Plaintiff had agreed to arbitrate the dispute at issue, the Court granted Defendants' Motion to Dismiss and stayed the action pending the resolution of arbitration. The Court instructed the parties to provide monthly status reports.

2. Plaintiff has described in his Status Report that he does not wish to pursue his claims in arbitration through his attorneys, J.H. Zidell, P.A. [D.E. 33].

3. The Court ordered that Plaintiff show cause why this matter should not be dismissed [D.E. 34]. This document is that response to the Court's Order to Show Cause.

Plaintiff has elected to not pursue arbitration at this time. While Plaintiff maintains that he has factual basis for his claims as he filed them in the Complaint on November 13, 2014

[D.E. 1], the forum of arbitration for dispute resolution is such a significantly less desirable forum that it has materially affected his decision to pursue dispute resolution. Plaintiff desires to dismiss this current action while still leaving the potential for him to pursue this action in arbitration.

4. Defendants have implicated that they will seek attorneys' fees for their time in defending this lawsuit. This suggests that Plaintiff's decision to not pursue this action is something sanctionable or is otherwise a sign of a lack of the case merits; however, arbitration is a significant and materially different forum than this Court. Defendants' vehement defense to try to force arbitration and their subsequent victory is not a sign that Plaintiff's claims lack merit. Instead, it is a sign that Defendants recognize that Arbitration is a more desirable forum of dispute resolution for them.

5. Plaintiff requests that this matter be dismissed, *without* prejudice. A plaintiff should be permitted to drop a claim when it is no longer worth it, without penalty, so long as said plaintiff did not bring the claim in bad faith. This is particularly so when the rules governing dispute resolution on the claim change so dramatically.

WHEREFORE, Plaintiff requests that this matter be dismissed *without* prejudice.

Respectfully submitted,

**J.H. ZIDELL, P.A.**
300 71ST Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Counsel for Plaintiff*

/s/ Elizabeth O. Hueber
Elizabeth O. Hueber
Florida Bar No. 625825

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

> **J.H. ZIDELL, P.A.**
> 300 71ST Street, Suite 605
> Miami Beach, FL 33141
> Telephone: (305) 865-6766
> Facsimile: (305) 865-7167
> *Counsel for Plaintiff*
>
> /s/ Julia Garrett
> JULIA GARRETT
> Florida Bar No.: 105151

## **SERVICE LIST**

CHRISTOPHER J. WHITLEOCK
**WHITELOCK & ASSOCIATES, P.A.**
300 Southeast Thirteenth Street
Fort Lauderdale, FL 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
E-mail: cjw@whitelocklegal.com
Counsel for Defendants